**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Oliver Beavers, | Case No. 2:24-cv-02310-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Jeremy Bean, et al., | |
| Defendants. | |

Plaintiff is incarcerated at Ely State Prison and proceeding *in forma pauperis*. ECF No. 14. On March 10, 2026, the Nevada Attorney General's Office indicated that they would not accept service for Defendants C/O Gonzalas and C/O Williams because they were unable to identify these Defendants. ECF No. 15. Accordingly, this Court orders the U.S. Marshal's Service ("USMS") to effect service on Defendants C/O Gonzalas and C/O Williams as explained in detail below. *See* 28 U.S.C. § 1915(d) ("[O]fficers of the court shall issue and serve all process, and perform all duties in [*in forma pauperis*] cases.").

**IT IS ORDERED** that the Clerk of Court issue summonses for Defendants C/O Gonzalas and C/O Williams and deliver the same to the USMS for service together with two copies of each of the following documents: this Order, the Complaint (ECF No. 1-1), and the Court's Screening Order (ECF No. 14).

**IT IS FURTHER ORDERED** that the Clerk of Court send Plaintiff two blank USM-285 forms, together with a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **April 3, 2026,** to fill out the required USM-285 forms and send them to the USMS.

**IT IS FURTHER ORDERED** that the USMS must attempt service on Defendants C/O Gonzalas and C/O Williams no later than **21 days** after receipt of the completed USM-285 forms.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendants C/O Gonzalas and C/O Williams may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: March 13, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE