**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Oliver Beavers,

Plaintiff,

v.

Jeremy Bean, et al.,

Defendant.

Case No. 2:24-cv-02310-GMN-BNW

**ORDER**

On September 4, 2024, the Court ordered Plaintiff to complete the USM-285 forms for Defendants Gonzalas and Williams and return it to the United States Marshals Service by April 3, 2026. ECF No. 16. A few days after the Court entered that order, Plaintiff moved to amend to correct the names of Gonzalas and Williams. ECF No. 19. The Court granted his request and directed the Attorney General's Office to file a notice indicating whether it would accept service for C/O Gonzales and C/O Wilson (updated names). ECF No. 20. The summonses as to the improperly named Defendants Gonzalas and Williams were returned unexecuted. ECF Nos. 22 and 23. Plaintiff filed a motion to clarify whether the names were corrected. ECF No. 25. The Attorney General's Office indicated they would not accept service on behalf of Defendants Gonzales and Wilson. ECF No. 24.

First, this Court clarifies that Plaintiff's second-amended complaint (ECF No. 21) is the operative complaint. This Court will reach out to the Clerk's Office to ensure the parties' names (C/O Wilson and C/O Gonzales) are updated on their end.

Second, the Attorney General's Office did not accept service on behalf of C/O Wilson and C/O Gonzales despite the name correction. Thus, Plaintiff is responsible for serving these Defendants. He must carefully follow the below instructions:

**IT IS ORDERED** that the Clerk of Court must issue summonses for C/O Gonzales and C/O Wilson and deliver the same to the USMS for service together with two copies of each of the

following documents: this Order, the operative complaint (ECF No. 21), and the Court's Screening Order (ECF No. 16).

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff two blank USM-285 forms together with a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **May 18, 2026,** to fill out the required USM-285 forms and send it to the USMS.

**IT IS FURTHER ORDERED** that the USMS must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on C/O Gonzales and C/O Wilson

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendants Wilson and Gonzales may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that Plaintiff's motion for clarification (ECF No. 25) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk's Office update the docket to reflect the name change in the second-amended complaint (that is, Gonzales to C/O Gonzales and Williams to C/O Wilson).

DATED: April 27, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE